UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**BRITTANY DURST,**

  *Plaintiff*

**v.**

                            Case No. SA-22-CV-01252-JKP

**COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,**

  *Defendant*

## FINAL JUDGMENT

Pursuant to the Order granting reversal and remand for further proceedings filed in this matter, it is hereby ORDERED, ADJUDGED, and DECREED that the final decision of the Commissioner is REVERSED and REMANDED to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

SIGNED this 24th day of May, 2023.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE